1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAMONA K. ANDREWS, | ) | Case No. CV 12-10798-PA (RNB) |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | ) ) ) ) | |
| Defendant. | ) ) | |

In its December 20, 2012 Order re Further Proceedings, the Court ordered plaintiff to serve and file her motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

The Answer was served and filed on May 22, 2013. Although more than 35 days from that date now has elapsed, plaintiff still has not filed her motion for judgment on the pleadings.

Accordingly, on or before **August 12, 2013**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file her

---

[1]      The Acting Commissioner is hereby substituted as the defendant pursuant to Fed. R. Civ. P. 25(d). No further action is needed to continue this case by reason of the last sentence of 42 U.S.C. § 405(g).

1

1   motion for judgment on the pleadings, and why the Court should not recommend that

2   this action be dismissed for failure to prosecute and failure to comply with the Court's

3   prior Order; or (b) serve and file her motion for judgment on the pleadings in

4   accordance with the format specified in the December 20, 2012 Order.  Plaintiff is

5   forewarned that, if she fails to do either, the Court will deem such failure a further

6   violation of a Court order justifying dismissal and also deem such failure as further

7   evidence of a lack of prosecution on plaintiff's part.

8

9   DATED:  July 12, 2013

10

11   _____

12   ROBERT N. BLOCK
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28