JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: November 20, 2013
Stephen Ybarra
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA K. ANDREWS,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 12-10798-PA (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

DATED: November 19, 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE